# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  
**MAGISTRATE JUDGE: BONGIOVANNI**  
**ESR: Mark J. Morelli**

**January 22, 2021**  
**DATE OF PROCEEDINGS**

**TITLE OF CASE**:  

UNITED STATES OF AMERICA,  
   V.  
PATRICIA TODISCO

MJ-21-3006-2 (TJB)  
U.S.D.C. of District of Columbia No. 21-mj-123

**APPEARANCES:**

Sammi Malek, AUSA for Government  
Timothy Anderson, CJA for Defendant  
Robert Hyde, Pretrial Officer

**NATURE OF PROCEEDING:** Rule 5 Initial Appearance via video conference

Rule 5 Initial appearance held.  
All parties consent to Initial Appearance by video conference.  
Defendant advised of her rights, charges and penalties.  
Hearing on application by defendant for appointment of counsel.  
Financial affidavit executed and filed.  
Ordered application granted.  
Ordered Timothy Anderson, CJA appointed as counsel.  
Defendant waives identity and preliminary hearing.  
Waiver of Rule 5 & 5.1 hearing executed.  
Defendant advised of Rule 5 rights.  
All parties consent to Pretrial Release.  
**Ordered bail set at** $10,000 unsecured bond.  
Brady Order to be entered.  
Order Setting Conditions of Release to follow.  
Ordered defendant to appear in the District of Columbia.  
Orders to be entered.

TIME COMMENCED:       12:35 p.m.  
TIME ADJOURNED:        1:10 p.m.                s/ Mark Morelli  
TOTAL TIME: 35 MINUTES                           Deputy Clerk